# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation, et alia, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br> Defendant. | Civil No. 2:20-cv-01732-AB-AFM <br><br> [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL |

Pursuant to stipulation, it is hereby ordered that all counts of the Complaint in the above-captioned case are dismissed without prejudice. Plaintiffs shall file any motion seeking recovery of their costs of litigation (including reasonable attorney and expert witness fees) within four months of the date of this Order.

Dated: May 03, 2021

_____

Honorable André Birotte Jr.
United States District Judge